# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV11-01352 JAK | Date | February 6, 2012 |
|---|---|---|---|
| Title | In Re Linda Diane Williams, et al.<br>Linda Diane Williams v. US Bank National Association | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) ORDER DISMISSING CASE JS-6

An Order to Show Cause re Dismissal was filed on November 14, 2011 ordering Appellant either to: (i) respond in writing no later than November 28, 2011 as to why the matter should not be dismissed for lack of prosecution; or (ii) file the designation of record, statement of issues on appeal, and notice regarding the ordering of transcripts pursuant to August 24, 2011 Notice Regarding Appeal (Dkt. 1). There has been no response filed to the Order to Show Cause, nor has any of the referenced documents been filed.  Therefore, the Court dismisses the matter for lack of prosecution and failure to follow the Court's Order.

**IT IS SO ORDERED.**

                                                                                                      :
                                                              Initials of Preparer    ak